# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>PEABODY ENERGY CORPORATION., et al.,<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11 Case No.<br>16-42529-399<br>(Jointly Administered) |
| PEABODY ENERGY CORPORATION, et al.,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>　　　-against-<br><br>CITIBANK, N.A., et al.,<br><br>　　　　　　　　　　　　　Defendants. | Adversary Proceeding<br>No. 16-04068-399 |

## NOTICE OF DISMISSAL OF CNTA DISPUTE ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that on March 17, 2017, the Court entered the *Order Confirming Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession as Revised on March 15, 2017* [Main Chapter 11 Case Docket No. 2763] (the "Confirmation Order");[1]

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order provides that "[u]pon the Effective Date, the CNTA Dispute Adversary Proceeding and related pending motions shall be automatically dismissed with prejudice and, within three (3) Business Days thereafter, the Debtors shall file a notice of such dismissal for the CNTA Dispute Adversary Proceeding." Confirmation Order at 56 (§ VII(H) ¶ 31).

---

[1] Capitalized terms used but not otherwise defined herein shall have meanings ascribed to such term in the Confirmation Order.

1

**PLEASE TAKE FURTHER NOTICE** that on April 3, 2017, Peabody filed the *Notice of (I) Entry of Order Confirming Second Amended Joint Plan of Reorganization of Debtors and Debtors in Possession as Revised March 15, 2017 and (II) Occurrence of Effective Date and Bar Dates for Filing Certain Claims* [Main Chapter 11 Case Docket No. 2867];

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order, the CNTA Dispute Adversary Proceeding and related pending motions have been dismissed with prejudice.

Dated:  April 6, 2017

/s/ Steven N. Cousins
Steven N. Cousins, MO  30788
Susan K. Ehlers, MO 49855
**ARMSTRONG TEASDALE LLP**
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
Telephone:     (314) 621-5070
Facsimile:     (314) 612-2239
Email:  scousins@armstrongteasdale.com
Email:  sehlers@armstrongteasdale.com

*Counsel to Peabody Energy Corporation and its Affiliated Debtors and Debtors In Possession*

-and-

James C. Tecce (admitted pro hac vice)
Corey Worcester (admitted pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:     (212) 849 7000
Facsimile:     (212) 849-7100

*Special Counsel to Peabody Energy Corporation and its Affiliated Debtors and Debtors In Possession*

2